UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TONY BETHMANN, JUSTIN RINALDI, LLOYD AND HARRY'S BAR & GRILL, LLC, and GARFIELD & LINCOLN, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAINT CHARLES, MISSOURI, et al., <br><br> Defendants. | Case No. 4:14CV0203 AGF |

## MEMORANDUM AND ORDER

This matter is before the Court on the unopposed motion of Plaintiff to remand the case to the state Court in which it was filed. Plaintiff's amended complaint no longer states any federal claims and the parties are not diverse. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims. *See Shannon v. Doane Marketing Research*, No. 4:12–CV–865 (CEJ), 2012 WL 4470413, at *2 (E.D. Mo. Sept. 27, 2012) (remanding case after amended complaint that deleted all federal claims was filed, and there was no diversity).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion to remand this case to the state court to which it was filed is **GRANTED**. (Doc. No. 9.)

**IT IS FURTHER ORDERED** that the Clerk's Office shall take all necessary steps to remand this case to the Circuit Court of St. Charles County, Missouri.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2014